# Court of Appeals
# of the State of Georgia

ATLANTA, August 18, 2016

*The Court of Appeals hereby passes the following order*

**A16A0837. BASS LOGGING, INC. v. ALBERT "BUDDY" DALLAS et al..**

Upon consideration of the APPELLANT'S motion FOR PERMISSION TO WITHDRAW THE APPEAL in the above styled case, it is ordered that the motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, August 18, 2016.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*